296 U.S. 606
 56 S.Ct. 122
 80 L.Ed. 430
 STANDARD WHOLESALE PHOSPHATE AND ACID WORKS, Inc., petitioner,
v.
The GENERAL CHEMICAL COMPANY.*
 No. 264.
 Supreme Court of the United States
 October 14, 1935
 
 Messrs. Clair W. Fairbank and William R. Perkins, both of New York City, for petitioner.
 
 
 1
 For opinion below, see 77 F.(2d) 230.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 663, 56 S. Ct. 177, 80 L. Ed. 473.